UNITED STATES DISTRICT COURT

For the Northern District of California

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ANDREA C. LAYGO et al,

    Plaintiffs,

v.

WORLD SAVINGS BANK et al,

    Defendants.

_____/

No. C 12-05531 LB

**ORDER TO SHOW CAUSE & VACATING CASE MANAGEMENT CONFERENCE HEARING SET FOR MARCH 7, 2013**

    Plaintiffs Andrea C. Laygo, Teresito M. Laygo, and Teresito Joselito Catalan filed their complaint on October 26, 2012. Complaint, ECF No. 1.[1] Under Federal Rule of Civil Procedure 4(m), a plaintiff normally has 120 days from the filing of the complaint to serve the complaint and summons on a defendant. Fed. R. Civ. P. 4(m). This means that in this case Plaintiffs had until February 23, 2013 to serve Defendants. Fed. R. Civ. P. 4(m), 6(a)(1)(C). To date, Plaintiff has filed no proof that Defendants have been served. *See generally* Docket.

    Accordingly, the court **ORDERS** Plaintiffs to show cause why this case should not be dismissed without prejudice for failure to prosecute. Plaintiffs shall do so by filing a written response no later than March 21, 2013 and appear on March 28, 2013 for a show cause hearing at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

---

[1] Citations are to the clerk's electronic case file (ECF) with pin cites to the electronic page numbers at the top (as opposed to the bottom) of the page.

The March 7, 2013 Initial Case Management Conference is **VACATED**. If necessary, the court will reset it for a later date.

**IT IS SO ORDERED.**

Dated: March 5, 2013

_____
LAUREL BEELER
United States Magistrate Judge