**United States District Court**
For the Northern District of California

1

2

3

4

5                             UNITED STATES DISTRICT COURT

6                             NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10

11   ANDREA C. LAYGO, et al.

12           Plaintiffs,                          No. C 12-5531 PJH

13       v.                                       **ORDER DISMISSING CASE; ORDER
                                                  ADOPTING MAGISTRATE JUDGE'S**
14   WORLD SAVINGS BANK, et al.,                  **REPORT AND RECOMMENDATION**

15           Defendants.
     _____/

16

17           Plaintiffs filed the complaint in the above-entitled action on October 26, 2013.  No

18   summons was issued at that time, or thereafter.  On December 26, 2013, mail sent to

19   plaintiffs was returned to the court as undeliverable.  Again, on January 15, 2013, and

20   January 17, 2013, mail sent to plaintiffs was returned as undeliverable.

21           On March 5, 2013, Magistrate Judge Laurel Beeler (to whom the case was then

22   assigned), issued an order to show cause why the case should not be dismissed for failure

23   to prosecute, given plaintiffs' failure to provide any proof of service of the summons and

24   complaint on defendants within the 120 days allowed under Federal Rule of Civil Procedure

25   4(m).

26           Plaintiffs did not respond to the order to show cause, and on March 28, 2013, Judge

27   Beeler issued a report and recommendation, recommending that the case be dismissed for

28   failure to prosecute.  Also on March 28, 2013, the case was reassigned to the undersigned

**United States District Court**
For the Northern District of California

1    district judge.

2        The court has reviewed the report, and finds it correct, well-reasoned and thorough,

3    and adopts it in every respect.   Accordingly, the case is DISMISSED, without prejudice, for

4    failure to prosecute.  As a further basis for dismissal, the court finds that the case must be

5    dismissed based on plaintiffs' failure to provide the court with a correct address.  See Civ.

6    L.R. 3-11.

7        In view of the fact that no summons was issued (and that defendants thus cannot

8    have been properly served), and the fact that all mail sent to plaintiffs has been returned to

9    the court as undeliverable, the court finds it unnecessary to delay issuing this order until

10   after the 14 days allowed under 28 U.S.C. § 636(b)(1) for parties to file objections to a

11   magistrate judge's report and recommendation.

12

13   **IT IS SO ORDERED.**

14   Dated:  March 28, 2013

15                                                          _____
                                                            PHYLLIS J. HAMILTON
16                                                          United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2